IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. |
| SANDRA DIANA RUIZ § | |
| § | 07-38517 |
| § | Chapter 7 |
| § | |
| § | MOTION TO PAY FUNDS INTO |
| § | THE REGISTRY UNDER |
| § | 11 U.S.C. §347(A) |
| DEBTOR(S) § | |

The undersigned trustee reports

___  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_x_  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:    January 13, 2011            /s/ Randy W. Williams
                                      Randy W. Williams, Trustee
                                      Three Allen Center
                                      333 Clay Street, Suite 3300
                                      Houston, TX  77002
                                      (713) 654-8111
                                      (713) 654-1871 Facsimile

**CERTIFICATE OF SERVICE**

      I certify that the Amended Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this 13th day of January, 2011, unless served by ECF at the time of electronic filing.

                                       /s/ Randy W. Williams
                                      Randy W. Williams, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

___    Small Dividends

_x_    Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| Continental Credit Union | 1 | $439.24 |
| Total | | $439.24 |